UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DANA MCALLISTER,<br><br>    Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.<br><br>    Defendant. | Case No. |

**DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S**
**<u>NOTICE OF REMOVAL</u>**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk") hereby removes the above-captioned action to this Court from the 52nd District Court – Division 4 for the State of Michigan. In support hereof, LexisNexis Risk alleges as follows:

1. On or about May 14, 2025, Plaintiff Dana McAllister ("Plaintiff") filed her Complaint in the Small Claims Court. Plaintiff has since removed her case to General Civil Court (the "Civil Action"). Copies of the Civil Action docket as well as all process and pleadings served on LexisNexis Risk in the Civil Action are attached to this Notice of Removal as **Exhibit A**.

2. The Complaint in the Civil Action were received by LexisNexis Risk via registered mail on May 23, 2025.[1] Therefore, this Notice of Removal is filed within the time prescribed by 28 U.S.C. § 1446(b)(1).

3. LexisNexis Risk is the only named Defendant in the Civil Action. Accordingly, each Defendant to the claims over which this Court has original jurisdiction under 28 U.S.C. § 1331 has joined in the removal of the Civil Action.

4. Plaintiff's Complaint involves claims arising under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (Compl. 1.) Thus, the Civil Action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is removable by LexisNexis Risk under the provisions of 28 U.S.C. § 1441 because the matter arises under this Court's original jurisdiction and is founded on a claim or right arising under the Constitution, treaties, or laws of the United States and is removable without regard to citizenship or residence of the parties. The Court also has supplemental jurisdiction over the related state law claims in Plaintiff's Complaint pursuant to 28 U.S.C. § 1367.

5. No proceedings have occurred in the Civil Action as of the date of this Notice of Removal. LexisNexis Risk has not filed a response to the Complaint. LexisNexis Risk hereby reserves any and all rights to assert any and all defenses and/or

---

[1] LexisNexis Risk disputes that Plaintiff's service via registered mail was valid under Michigan law and reserves all rights and remedies regarding Plaintiff's improper service.

objections to the Complaint. LexisNexis Risk further reserves the right to amend or supplement this Notice of Removal.

6. Venue for this case lies in the United States District Court for the Eastern District of Michigan, pursuant to 28 U.S.C. § 1441(a), because the Civil Action was filed within this District and the case is being removed from the 52nd District Court – Division 4 in Oakland County, Michigan.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served this day upon Plaintiff and filed with the Clerk of the 52nd District Court – Division 4 in Oakland County, Michigan. A copy of the notice to the state court clerk, without exhibits, is attached hereto as **Exhibit B**.

For the reasons stated above, this Civil Action is properly removed to this District Court.

Respectfully submitted,

*/s/ Kathryn E. Gasior*
KATHRYN E. GASIOR (P87347)
Troutman Pepper Locke LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
248.359.7335
kathryn.gasior@troutman.com
*Attorney for LexisNexis Risk Solutions Inc.*

Dated: June 10, 2025

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DANA MCALLISTER,<br><br>    Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.<br><br>    Defendant. | Case No. |

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, I caused a copy of the foregoing to be electronically filed with the U.S. District Court, Eastern District of Michigan, and notice will be sent by the Court's electronic filing system to all ECF participants. Notice of this filing will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Dana McAllister (Pro se)
511 Olde Towne Rd
Rochester, Michigan 48308
313-797-1731

                                              */s/ Kathryn E. Gasior*
                                              KATHRYN E. GASIOR (P87347)