# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DANA MCALLISTER, | |
| Plaintiff, | Case No. 5:25-cv-11732-JEL-CI |
| v. | Hon. Judith E. Levy |
| LEXISNEXIS RISK SOLUTIONS, INC., | Magistrate Judge Curtis Ivy Jr. |
| Defendant. | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, having settled the above referenced matter, agree to dismissal with prejudice and without costs or fees to any party, and the court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above action is dismissed with prejudice and without costs, fees or sanctions to any of the parties.

Date: September 12, 2025

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

1

Stipulated and Agreed to by:

*/s/ Dana McAllister (w/consent)*  /s/ Kathryn E. Gasior
DANA MCALLISTER   KATHRYN E. GASIOR (P87347)
   Troutman Pepper Locke LLP
*Pro se Plaintiff*   4000 Town Center, Suite 1800
   Southfield, MI  48075
   248.359.7300
   kathryn.gasior@troutman.com

   *Attorney for Defendant LexisNexis Risk Solutions Inc.*

Dated:  September 11, 2025